PD-1605-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/11/2015 11:53:23 AM
Accepted 12/11/2015 12:57:39 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

## AUSTIN, TEXAS

| | | |
|---|---|---|
| **HENRY EARL HAMPTON,** | § | |
| Appellant | § | |
| | § | **No.** |
| VS. | § | |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| Appellee | § | |

## MOTION FOR EXTENSION OF TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, **HENRY EARL HAMPTON,** Appellant in the above entitled and numbered causes, by and through his attorney on appeal, **DAVID A. PEARSON, IV,** and files this motion for an extension of thirty (30) days in which to prepare and file his Appellant's Petition for Discretionary Review in each case. In support of this motion the Appellant would show the following:

1. This cause is styled *Henry Earl Hampton vs. The State of Texas*, and is numbered 1288615D in the trial court and No. 08-13-00335-CR in the Court of Appeals-8th District of Texas.

FILED IN
COURT OF CRIMINAL APPEALS

December 11, 2015

ABEL ACOSTA, CLERK

1| Motion for Extension

2. That Appellant's Petition for Discretionary Review in these causes is due to be filed in the Court of Criminal Appeals on or before <u>30 December 2015</u>.

3. That this is Appellant's first request for an extension of time to file the Appellant's Petition for Discretionary Review.

4. That the Appellant hereby requests an extension of thirty (30) days, until <u>29 January 2016</u>, to file the Appellant's Petition for Discretionary Review and as reasons therefore would further show the Court that the Attorney for Appellant does not have sufficient time to prepare Appellant's Petition for Discretionary Review on or before 30 December 2015.

5. That the Appellant is in custody and counsel is court appointed.

6. Attorney for Appellant is a solo-practitioner, without assistance of associate counsel or legal assistants, and is preparing for the following cases:

-*Kenneth Dewayne Mayes v. State of Texas*, No. 02-15-00121-CR, Court of Appeals – 2nd District of Texas, Aggravated Robbery; Appellant's brief due 19 January 2016.

-*State v. David Dwayne Roland*, No. 1399500, Criminal District Court Three, Tarrant County, Assault FM-Prior FV conviction-habitual count, **jury trial 7 December 2015.**

-*Nicolas Ramirez v. State of Texas*, No. 02-15-00421-CR, Court of Appeals – 2nd District of Texas, Driving While Intoxicated.

-*Shonda Lee Moxley v. State of Texas*, No. 02-15-00432-CR, 12-15-00433-CR, 12-15-00434-CR, Court of Appeals – 2nd District of Texas, Theft.

-*State v. Jacque Lamont Anderson*, No. 1391500, 1376399, 432nd District Court, Tarrant County, Sexual Assault-Continuous, Burglary Habitation.

-*State v. Kristin Minor*, No. 1433111, 432nd District Court, Tarrant County, Capital Murder.

-*State v. Hayward Russell Murphy*, No. CR18258, 271st District Court, Wise County, Theft Property- >20,000 to 100,000, **jury trial set 14 December 2015**.

-*Staten William Corbett, Jr. v. State of Texas*, No. 08-15-00300-CR, Court of Appeals – 8th District of Texas, Murder.

-*State v. Robert Brandon Morris*, No. CR15-0169, 43rd District Court, Parker County, Injury to Child-Serious Bodily Injury, Mental Impairment.

-*State of Texas v. James Michael Lee Chesnut*, No. 15444, 29th District Court, Palo Pinto County, Debit Card Abuse, jury trial set 4 January 2016.

Undersigned Counsel has devoted numerous out-of-court hours to prepare the above-referenced cases for trial. **In most of the above-referenced cases Undersigned Counsel has logged numerous hours reviewing electronic recordings and digital media.**

7. During the last forty-five (45) days, along with many court docket settings and client/case matters, Attorney for Appellant has completed the following:

-*State v. Daniel Lynn Davenport*, No. 1389184, 372nd District Court, Tarrant County, Sex Offender Duty Registration-Life, **sentencing 4 December 2015.**

-*State v. David Lane Basham*, Nos. 13898742, 1398744, 1398745, Criminal District Court Three, Tarrant County, Aggravated Robbery and Possession Controlled Substance, plea when reached for trial 30 November 2015.

- *Omar Bashir Mohammed v. State of Texas*, No. 02-15-00127-CR, Court of Appeals – 2nd District of Texas, Aggravated Assault with a Deadly Weapon and Aggravated Assault Causing Serious Bodily Injury to the Elderly, and Failure to Stop and Render Aid, **Appellant's brief filed on 30 November 2015.** The Undersigned Counsel served as Co-counsel in this case and assisted in drafting brief.

-*State v. Kenneth Melvin Sheets*, 8 felonies, aggravated robbery (3), robbery, burglary habitation, evading arrest-vehicle (2), possession controlled substance, 396th District Court, Tarrant County, **plea on 23 November 2015.**

-*Alfredo Arreola v. State of Texas*, No. 11-15-00116-CR, Court of Appeals – 11th District of Texas, Aggravated Robbery, Appellant's brief filed on 19 November 2015.

-*Jennifer Banner Wolfe v. State of Texas*, No. PD-0292-15, Court of Appeals – 2nd District of Texas, PDR Case Type, **Appellant's brief filed on 2 November 2015.**

- *Rodney Chase Pettigrew v. State of Texas*, No. 02-14-00494-CR, Court of Appeals – 2nd District of Texas, Murder, **Appellant's brief filed on 6 October 2015.**

- *Michael D. Thomas aka Michael Thomas v. State of Texas*, Nos. 07-15-00257-CR and 07-15-00258-CR, Court of Appeals – 7th District of Texas, Robbery, **Appellant's brief filed on 9 September 2015.**

-*Paul C. Ervin v. State of Texas*, No. 08-15-00025-CR, Court of Appeals – 8th District of Texas, Murder, **Appellant's brief filed on 25 August 2015.**

8. This motion is not filed for the purpose of delay, but rather so that there will be sufficient time for the work to be done in a proper manner and for the effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that this Honorable Court extend the time for filing Appellant's Petition for Discretionary Review in this cause until <u>29 January 2016</u>.

Respectfully Submitted,

DAVID A. PEARSON, P.L.L.C.

By: _____

David A. Pearson, IV
ATTORNEY FOR APPELLANT
222 W. Exchange Ave., Ste. 103
Fort Worth, Texas 76164
(817) 625-8081
FAX: (817) 625-8038
Bar ID# 15690465
E-MAIL: david@lawbydap.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing First Motion for Extension of Time for Filing Appellant's Petition for Discretionary Review was e-served to Debra Windsor, Tarrant County Assistant District Attorney,

at CCAAppellateAlerts@TarrantCounty.com on the 11th day of December 2015.

_____
David A. Pearson, IV